492 A.2d 1118

**In re Nomination Petition of Justin JOHNSON.**

**Appeal of the REPUBLICAN STATE COMMITTEE, Robert B. Asher and David M. Sanko.**

Supreme Court of Pennsylvania.

Argued April 18, 1985.

Decided April 22, 1985.

C. Kent Price, Thomas B. Kenworthy, Philadelphia, for appellant.

Mark D. Schwartz, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order reversed and matter remanded to Commonwealth Court for consideration of the remaining issues.

Opinion to follow.